## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

—————————————————————————

Jan and Bobby Caraway,                                  :
                                                        :
                                                        :
                                                        :   Civil Action No.:  4:17-cv-02592
                                                        :
                          Plaintiffs,                   :
            v.                                          :
                                                        :
                                                        :
                                                        :
 Group 1 Automotive, Inc. and GPI TX-                   :
SKIL, Inc.,                                             :
                                                        :
                          Defendants.                   :
—————————————————————————

## STIPULATION OF DISMISSAL

        IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action

is hereby dismissed in its entirety with prejudice and without costs to any party.

| | |
|---|---|
| Jan and Bobby Caraway | Group 1 Automotive, Inc. d/b/a Kia of South Austin |
| ___/s/ Jenny DeFrancisco_____ | __/s/ Andrew H. Sharenson _____ |
| Jenny DeFrancisco, Esq. | Andrew H. Sharenson, Esq. |
| CT Bar No. 432383 | TX Bar No. 24041900 |
| LEMBERG LAW, L.L.C. | Johnson Deluca Kurisky & Gould, P.C. |
| 43 Danbury Road, 3rd Floor | 1221 Lamar Street, Suite 1000 |
| Wilton, CT 06897 | Houston, Texas 77010 |
| Telephone: (203) 653-2250 | Telephone: (713) 652-2525 |
| Attorney for Plaintiffs | Attorney for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By _/s/ Jenny DeFrancisco_____
Jenny DeFrancisco