United States District Court
Southern District of Texas
**ENTERED**
January 16, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAN CARAWAY, *et al*, § § § Plaintiffs, § VS. § CIVIL ACTION NO. 4:17-CV-02592 § GROUP 1 AUTOMOTIVE, INC., *et al*, § § § Defendants. § | |

## ORDER OF DISMISSAL ON STIPULATION

Parties in the above styled and numbered cause of action have filed a stipulation of dismissal with prejudice, pursuant to rule 41(a)(1)(A)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE.

Accordingly, it is Ordered that this case is dismissed with prejudice, with each party to bear its own costs.

It is so ORDERED.

SIGNED on this 16th day of January, 2019.

_____
Kenneth M. Hoyt
United States District Judge